[No. 39112-7-I.    Division One.    August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMINGO C. PERALTA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05683-7, Richard M. Ishikawa, J., entered August 21, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, A.C.J., and Ellington, J.

[No. 40506-3-I.    Division One.    August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ADOLFO H. PEREZ, *Defendant*, RAUL M. HERRERA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07071-3, Ricardo S. Martinez, J., entered March 31, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker and Appelwick, JJ.

[No. 41368-6-I.    Division One.    August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. GRIFFITHS II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01322-1, Michael J. Fox, J., entered September 18, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 41551-4-I.    Division One.    August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SADIE COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00984-3, Thomas J. Wynne, J., entered October 21, 1997. *Dismissed* by unpublished per curiam opinion.